# EXHIBIT A

| Attorney(s) | Russell Macnow, Esq. |
|---|---|
| Office Address | Russell Macnow Attorney At Law, LLC |
| | 265 Route 34, Suite E |
| Town, State, Zip Code | Colts Neck, NJ 07722 |
| Telephone Number | (732) 780-0040 |
| Attorney(s) for Plaintiff | |

**DULY SERVED**

Superior Court of
New Jersey

Monmouth

Law

OFFICER / PROCESS SERVER

Docket No: MON-L-997-11

J.C.

_____
Plaintiff(s)

Vs.

Joseph Patrick Lotito, Anthony Lotito, Claudia Lotito and

John Does 1- 100 - (Fictitious Names),
Defendant(s)

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Jennifer M. Perez,
Acting Clerk of the Superior Court

DATED:    04/25/2011

Name of Defendant to Be Served:    Anthony Lotito

Address of Defendant to Be Served:    198 Cherry Tree Lane, Middletown, NJ 07748

NOTE:  The Case Information Statement is available at www.njcourts.com.

# Directory of Superior Court Deputy Clerk's Offices
# County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

Revised 09/01/2010, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN: 10153-English

Page 4 of 4

MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1269
FREEHOLD                    NJ 07728

COURT TELEPHONE NO. (732) 677-4240                           TRACK ASSIGNMENT NOTICE
COURT HOURS

                         DATE:      MARCH 01, 2011
                         RE:        JC VS LOTITO
                         DOCKET:    MON L -000997 11

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON DENNIS R. OBRIEN

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    002
AT:  (732) 677-4249 EXT 4249.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.

                              ATTENTION:
                                   ATT: RUSSELL MACNOW
                                   RUSSELL MACNOW
                                   265 ROUTE 34
                                   SUITE B
                                   COLTS NECK            NJ 07722-2436

JUNRALS

**Appendix XII-B1**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>Russell Macnow, Esq. | TELEPHONE NUMBER<br>(732) 780-0040 | COUNTY OF VENUE<br>Monmouth |
|---|---|---|
| FIRM NAME (if applicable)<br>Russell Macnow Attorney At Law, LLC | | DOCKET NUMBER (when available)<br>MON-L- ⟨997-11 |
| OFFICE ADDRESS<br>265 Route 34, Suite E<br>Colts Neck, NJ 07722 | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND   ■ Yes   ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>J.C., Plaintiff | CAPTION<br>J.C. v. Joseph Patrick Lotito, Anthony Lotito and Claudia Lotito |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing)<br>699 | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES   ■ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes   ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>■ UNKNOWN |

| THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE. |
|---|

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>■ YES   ☐ NO | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ■ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION
N/A.

FEB 2 5 20

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES   ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES   ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *Russell Macnow*

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151   NAME CHANGE
175   FORFEITURE
302   TENANCY
399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502   BOOK ACCOUNT (debt collection matters only)
505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
506   PIP COVERAGE
510   UM or UIM CLAIM (coverage issues only)
511   ACTION ON NEGOTIABLE INSTRUMENT
512   LEMON LAW
801   SUMMARY ACTION
802   OPEN PUBLIC RECORDS ACT (summary action)
999   OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305   CONSTRUCTION
509   EMPLOYMENT (other than CEPA or LAD)
599   CONTRACT/COMMERCIAL TRANSACTION
603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605   PERSONAL INJURY
610   AUTO NEGLIGENCE – PROPERTY DAMAGE
621   UM or UIM CLAIM (includes bodily injury)
699   TORT – OTHER

### Track III - 450 days' discovery
005   CIVIL RIGHTS
301   CONDEMNATION
602   ASSAULT AND BATTERY
604   MEDICAL MALPRACTICE
606   PRODUCT LIABILITY
607   PROFESSIONAL MALPRACTICE
608   TOXIC TORT
609   DEFAMATION
616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617   INVERSE CONDEMNATION
618   LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303   MT. LAUREL
508   COMPLEX COMMERCIAL
513   COMPLEX CONSTRUCTION
514   INSURANCE FRAUD
620   FALSE CLAIMS ACT
701   ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
| | | | |
|---|---|---|---|
| 280 | ZELNORM | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 291 | PELVIC MESH/GYNECARE |
| 288 | PRUDENTIAL TORT LITIGATION | 292 | PELVIC MESH/BARD |

### Mass Tort (Track IV)
| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 282 | FOSAMAX |
| 271 | ACCUTANE | 283 | DIGITEK |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 275 | ORTHO EVRA | 286 | LEVAQUIN |
| 277 | MAHWAH TOXIC DUMP SITE | 287 | YAZ/YASMIN/OCELLA |
| 278 | ZOMETA/AREDIA | 601 | ASBESTOS |
| 279 | GADOLINIUM | | |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics."

**Please check off each applicable category**   ☐ **Putative Class Action**   ☐ **Title 59**

Russell Macnow Attorney At Law, LLC
265 Route 24, Suite E
Colts Neck, NJ  07722
T (732) 780-0040
F (732) 780-0090
Attorneys for  Plaintiff
Our File No.: C429

| | | |
|---|---|---|
| J.C., | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION: MONMOUTH COUNTY |
| Plaintiff, | : | DOCKET NO.  MON-L- |
| | : | |
| v. | : | Civil Action |
| | : | |
| JOSEPH PATRICK LOTITO, ANTHONY | : | **COMPLAINT** |
| LOTITO, CLAUDIA LOTITO and JOHN | : | |
| DOES 1-100 (Fictitious Names), | : | _L997-11_ |
| | : | |
| Defendants. | : | |

Plaintiff, by way of Complaint against the defendants, hereby says:

**FIRST COUNT**

1. On or about December 1, 2009, plaintiff was lawfully on the residence located at 198 Cherry Tree Lane, Middletown, New Jersey which was owned by defendants, Anthony Lotito and Claudia Lotito.

2. At all times relevant hereto, defendant, Joseph Patrick Lotito, was the son of the defendants, Anthony Lotito and Claudia Lotito, who resided with them in the aforesaid residence.

3. On or about the aforesaid date, defendant, Joseph Patrick Lotito, viciously and without plaintiff's license or privilege to do so, videotaped plaintiff's intimate parts.

4. As a direct and proximate result of the foregoing, plaintiff has been caused to suffer from and will continue to suffer from severe emotional distress which was negligently and/or intentionally inflicted by defendants.

WHEREFORE, plaintiff demands judgment against the defendants for compensatory damages, consequential damages, punitive damages together with attorneys' fees, costs, prejudgment interest and such other relief as the Court may deem just and proper.

## SECOND COUNT

1. Plaintiff repeats, reiterates and incorporates by reference the allegations contained in Count One of the Complaint as if set forth at length herein.

2. The acts of defendant constituted an invasion of plaintiff's privacy as a result of which, she has been damaged.

WHEREFORE, plaintiff demands judgment against the defendants for compensatory damages, consequential damages, punitive damages together with attorneys' fees, costs, prejudgment interest and such other relief as the Court may deem just and proper.

## THIRD COUNT

1. Plaintiff repeats, reiterates and incorporates by reference the allegations in Counts One and Two of the Complaint as if set forth at length herein.

2. At all times relevant hereto, plaintiffs, Anthony Lotito and Claudia Lotito, known or should have known of the acts of their son incurred in the dwelling owned by them which resulted in the negligent and/or intentional infliction of emotional distress on plaintiff and

the invasion of her privacy, as a result of which she has been damaged.

WHEREFORE, plaintiff demands judgment against the defendants for compensatory damages, consequential damages, punitive damages together with attorneys' fees, costs, prejudgment interest and such other relief as the Court may deem just and proper.

### COUNT FOUR

1. Plaintiff repeats, reiterates and incorporates by reference the allegations contained in Counts One, Two and Three of the Complaint as if set forth at length herein.

2. At all times relevant hereto, defendants, John Does 1-100 (fictitious names), whose identities are presently unknown, are other individuals who may have conspired with defendants to surreptitiously without license or privilege to do so videotape her intimate parts as a result of which she has been damaged.

WHEREFORE, plaintiff demands judgment against the defendants for compensatory damages, consequential damages, punitive damages together with attorneys' fees, costs, prejudgment interest and such other relief as the Court may deem just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues.

Russell Macnow, Esq.
Russell Macnow Attorney At Law, LLC
Attorney for Plaintiff

## CERTIFICATION NO OTHER ACTION PENDING

I certify, pursuant to R. 4:5-1(b)(2), that the matter in controversy is not the subject of any other action or arbitration proceeding, nor are they contemplated, and that to the best of my knowledge and information, no other parties should be joined in this action.

Russell Macnow, Esq.
Russell Macnow Attorney At Law, LLC
Attorney for Plaintiff

DATED:  February 23, 2011

4

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that Russell Macnow, Esq., is hereby designated as trial counsel.


Russell Macnow, Esq.
Russell Macnow Attorney At Law, LLC
Attorney for Plaintiff