UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | **Case No.** 13-cv-07153-MAS-TJB <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law; Rule 56.1 Statement of Undisputed Material Facts; Declaration of Kristin V. Gallagher, Esq. in Support and the exhibits annexed thereto, Defendant, Citizens Insurance Company of America, by and through their attorneys, will move for an order granting its Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, as well as such other relief as may be just and proper, before the Honorable, Tonnianne J. Bongiovanni, United States Magistrate Judge for the District of New Jersey, on the 2nd day of June, 2014, at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608.

**TAKE FURTHER NOTICE** that in support of this Motion, the undersigned hereby relies upon the attached Declaration of Kristin V. Gallagher, Esq. and exhibits annexed thereto.

Dated: New York, New York
May 9, 2014

By: _____/s/_____
Kristin V. Gallagher
CARROLL McNULTY & KULL LLC
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-6300
*Attorneys for Defendants Citizens Insurance Company of America*